**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANIYAH MCGEE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff<br><br>v.<br><br>MARIO BADESCU SKIN CARE, INC.,<br><br>                Defendant. | Civil Action No. 1:26-cv-00526-JPC<br><br>**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY G. HOPP** |

The motion of Anthony G. Hopp for admission to practice *Pro Hac Vice* in the above-captioned action is granted.  Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

> Anthony G. Hopp
> STEPTOE LLP
> West Monroe Street
> Suite 4700
> Chicago, Illinois 60606
> Tel: (312) 577-1249
> Fax: (312) 577-1370
> Email: ahopp@steptoe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Mario Badescu Skin Care, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   April 10, 2026

                                         United States District Judge
                                         John P. Cronan