UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                   :

ANIYAH MCGEE, *individually and on behalf of all*
*others similarly situated*,          :

          Plaintiff,        :

                     :        26 Civ. 526 (JPC)

      -v-             :

                     :        ORDER

MARIO BADESCU SKIN CARE, INC.,    :

          Defendant.     :

                     :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 16, 2026, the Court held a conference with counsel for the parties and the plaintiff in *Baker v. Mario Badescu Skin Care, Inc.*, No. 25 Civ. 10510 (JPC).  On the record, Plaintiff's counsel advised the Court that she intended to voluntarily dismiss this action without prejudice upon joining as a co-plaintiff in *Baker*.  On April 30, 2026, Plaintiff and the *Baker* plaintiff filed an amended complaint in that action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment.  No answer has been filed in this action.  Accordingly, Plaintiff should file a notice of voluntary dismissal by May 8, 2026, or provide the Court with a status letter explaining why she has not done so.

      SO ORDERED.

Dated: May 1, 2026
      New York, New York                  _____
                                    JOHN P. CRONAN
                            United States District Judge